IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KURT SHANNON,

      Appellant,

v.

HILLSBOROUGH AREA
REGIONAL TRANSIT AND
COMMERCIAL RISK
MANAGEMENT,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4253

CORRECTED PAGES: pg 1
CORRECTION IS UNDERLINED IN
RED
MAILED: October 7, 2016
BY: KMS

Opinion filed October 7, 2016.

An appeal from an order of the Judge of Compensation Claims.
Ellen H. Lorenzen, Judge.

Date of Accident: December 6, 2013.

Michael J. Winer of the Law Office of Michael J. Winer, Tampa, and Manuel G. Franco of the Franco Law Firm, LLC, Tampa, for Appellant.

Katherine Stone and Steven E. Hovsepian of Barbas, Nunez, Sanders, Butler & Hovsepian, Tampa, for Appellees.

PER CURIAM.

      The court having received the August 24, 2016, order of the Supreme Court

of Florida quashing this court's opinion of February 19, 2016, and remanding the

matter for reconsideration upon application of <u>Castellanos v. Next Door Co</u>., 192 So. 3d 431 (Fla. 2016), and finding that reversal is warranted in light of that opinion, the order of the Judge of Compensation Claims is REVERSED and this case is REMANDED for proceedings consistent with that opinion.

WOLF, ROWE, and BILBREY, JJ., CONCUR.